# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC, | No. C 06-05356 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ALBION RIVER INN, INC, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 30, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 12, 2007.

DESIGNATION OF EXPERTS: 9/7/07; REBUTTAL: 9/21/07.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 12, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by October 26, 2007;

   Opp. Due November 9, 2007;  Reply Due November 16, 2007;

   and set for hearing no later than November 30, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 22, 2007 at 3:30 PM.

JURY TRIAL DATE: February 4, 2008 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

*Susan Illston*

Dated: 12/5/06

SUSAN ILLSTON
United States District Judge