CHAPMAN, POPIK & WHITE LLP
David Nied (SBN 136413)
Raquel Lacayo-Valle (SBN 215612)
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030
E-mail: dnied@chapop.com
       rlv@chapop.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Robert Rubin (SBN 85084)
131 Steuart Street, 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: rrubin@lccr.com

Attorneys for Intervener Abdellatif Hadji

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALBION RIVER INN, INC.,<br><br>Defendant. | No. C 06-05356 SI<br><br>**JOINT STIPULATION AND REQUEST FOR RELIEF FROM MEDIATION DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: February 4, 2008<br>Time: 8:30 A.M.<br>Courtroom: 10<br>The Honorable Susan Illston |

**Whereas** on November 9, 2006, the Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Albion River Inn, Inc. ("Albion"), with the Court's approval, stipulated to participate in mediation (Stipulation and Order Selecting ADR Process).

**Whereas** the Court's November 13, 2006 order on the parties' November 9, 2006 stipulation specifies that the deadline to complete mediation is 90 days from the date of the order. The mediation deadline date is February 12, 2007.

**Whereas** on December 6, 2006, the Court set a Case Management Conference for March

1

JOINT STIPULATION AND REQUEST FOR RELIEF FROM
MEDIATION DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE            Case No. C 06-05356 SI

30, 2007.

**Whereas** prior to Hadji's intervention, attorneys for plaintiff and defendant were aware that Abdellatif Hadji ("Hadji") wanted to intervene and therefore postponed the depositions of Roy and Norma Cuneo as well as the pre-mediation conference until Hadji was represented by private counsel.

**Whereas** on February 5, 2007, mediator Peter Sherwood and the parties, including private counsel for Hadji, participated in a pre-mediation conference, at which time it was agreed that a continuance of the mediation deadline was necessary to facilitate the depositions of key witnesses. The parties also scheduled a second pre-mediation conference for March 9, 2007.

**Whereas** on February 7, 2007, the parties, including private counsel for Hadji, agreed that the deposition of the following key witnesses should be completed prior to a mediation:

    Abdellatif Hadji

    Roy Cuneo

    Norma Cuneo

    Peter Wells

    Flurry Healy

    Karen Laudadio

**Whereas** in order to accommodate Hadji's counsels' schedule, the depositions of Roy and Norma Cuneo were rescheduled from February 6 and 7, 2007 to March 6 and 7, 2007.

**Whereas** counsel are in the process of scheduling the depositions of the other witnesses including Ms. Laudadio, who resides out-of-state.

**Whereas** counsel are in the process of setting a reasonable date for Intervener's initial disclosures pursuant to Federal Rule of Civil Procedure 26.

**Whereas** on February 8, 2007, the parties, with the Court's approval, permitted Hadji to intervene in this action and file a Complaint in Intervention.

**The parties to this matter, by and through their counsel of record** do hereby stipulate and jointly request:

1.     That the Court continue the mediation deadline to May 18, 2007 as the parties believe that

1 | taking the depositions of the above named witnesses is essential to a meaningful
2 | mediation.
3 | 2. That the Court vacate the March 30, 2007 Case Management Conference and reset to a
4 | date after the continued mediation deadline.

5 **E-filing concurrence:** I, Raquel A. Lacayo-Valle, attorney for Intervener Hadji, attest that I have obtained the concurrence of Ray Erlach, attorney for defendant Albion, and Linda Ordonio-Dixon, attorney for plaintiff EEOC.

CHAPMAN, POPIK & WHITE LLP

Dated: _____  By:_____/s/_____
　　　　　　　　　　　　　　Raquel A. Lacayo-Valle
　　　　　　　　　　　　　Attorneys for Intervener Abdellatif Hadji

LAW OFFICE OF
RAYMOND N. STELLA ERLACH

Dated: _____  By:_____/s/_____
　　　　　　　　　　　　　　Raymond N. Stella Erlach
　　　　　　　　　　　　　Attorneys for Defendant Albion River Inn, Inc.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: _____  By:_____/s/_____
　　　　　　　　　　　　　　Linda Ordonio-Dixon
　　　　　　　　　　　　　Attorneys for Plaintiff EEOC

/
/
/
/

**ORDER**

Having reviewed the Joint Stipulation and Request of the parties, and good cause appearing therefore,

It is hereby ordered that the current mediation deadline is vacated and reset for __5/18/07_____. and that the current Case Management Conference is vacated reset for __6/1/07 @ 2:~~00 p.m.~~ 2:30 p.m.__.

Dated:_____  _____
Judge Susan Illston