WILLIAM TAMAYO – #084965 (CA)
JONATHAN T. PECK – #12303 (VA)
CINDY O'HARA -- #114555 (CA)
LINDA ORDONIO-DIXON – #172830 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5622
Facsimile: (415) 625-5657

Attorneys for Plaintiff Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>　　　　　Plaintiff,<br>and<br><br>**ABDELLATIF HADJI,**<br><br>　　　　　Plaintiff-Intervenor<br><br>v.<br><br>**ALBION RIVER INN, INC.,**<br><br>　　　　　Defendant. | Civil Action No.  C-06-5356 SI<br><br>**STIPULATION AND PROTECTIVE ORDER REGARDING PERSONNEL FILES**<br><br>FRCP 26(c)(1) |

　　　　　This Stipulation and Protective Order ("Order) is entered into between Plaintiff Equal Employment Opportunity Commission ("EEOC"), Intervener Abdellatif Hadji and Defendant Albion River Inn, Inc. ("Albion").

　　　　　The purpose of this Order is to protect against the disclosure of records contained in employee personnel files which the parties may produce in connection with the prosecution, defense, or settlement of this action.

　　　　　Subject to the approval of this Court, all parties hereby stipulate to the following protective order:

　　　　　1.　　　　During the course of this litigation, the parties may produce records relating to

STIPULATION AND PROTECTIVE ORDER REGARDING PERSONNEL FILES　　　　　　　　　　　　　　　　Page 1

employee personnel files which could potentially contain private and/or confidential information. Such documents may be stamped, prior to their production, with the word "CONFIDENTIAL" on every page, which shall make the document and/or the pages thereof subject to this Stipulation and Protective Order.

2. Any document marked "CONFIDENTIAL" shall not be used for any purpose except in connection with this litigation, including as exhibits in: hearings, motion papers and at trial.

3. Any document marked "CONFIDENTIAL" shall not be delivered or exhibited in whole or in part except to: (a) the parties in this case; (b) counsel of record for the parties in this case; (c) persons regularly employed by plaintiff's or defendant's counsel; (d) mediators or other settlement neutrals; (e) court reporters; (f) expert witnesses and consultants who are assisting counsel in the preparation of this action for trial; or, (g) witnesses in depositions or at trial.

4. Any person to whom delivery or exhibition of such documents is made shall be subject to the provisions of this stipulation and order. Persons to whom delivery or exhibition of the confidential documents is made, except for counsel of record for plaintiff or defendant, will be given a copy of this Stipulation and Order prior to delivery or exhibition of the confidential document, and shall be required to certify in writing, using Exhibit A hereto, that they will not deliver or exhibit the confidential document, or disclose the information contained therein, to other persons, except as provided in paragraph 4. Counsel shall retain the originals of these written certifications.

5. Regardless of which party to this action makes the designation of "CONFIDENTIAL" on employee personnel file records, the parties agree that the individual employee whose personnel file has been designated "CONFIDENTIAL" may waive such confidentiality by written notice to all parties, at which point the file or any documents therefrom need no longer be treated as "CONFIDENTIAL" pursuant to this order, and may be treated as any other document produced in the course of this litigation.

6. Within sixty (60) days after the conclusion of this litigation and the time available for appeals related to this litigation, counsel for Defendant and/or counsel for Intervenor shall

STIPULATION AND PROTECTIVE ORDER REGARDING PERSONNEL FILES                                Page 2

1  return to counsel for the party which produced the record, or destroy, at the option of the
2  producing party, the originals and all copies of any personnel file records which have been
3  produced and were marked "CONFIDENTIAL" pursuant to this order. Plaintiff EEOC, due to
4  its obligations regarding the preservation of government records will not return any documents so
5  marked, but will segregate them with instructions that should such files be requested pursuant to
6  the Freedom of Information Act or other legal proceeding, Plaintiff EEOC will inform the party
7  which originally produced the documents of the request and allow said party ten (10) business
8  days to raise any objection to the disclosure of the documents.

10 Dated: April 5, 2007                     EQUAL EMPLOYMENT OPPORTUNITY
                                            COMMISSION
12                                          By_____/s/_____
                                                  Cindy O'Hara
                                                  Attorney for Plaintiff EEOC

15 Dated: April 5, 2007                     CHAPMAN, POPIK & WHITE LLP

16                                          By _____/s/_____
                                                  G. David Nied
                                                  Raquel Lacayo-Valle

                                            Attorneys for Intervenor Abdellatif Hadji

20 Dated: April 5, 2007                     LAW OFFICES OF RAYMOND ERLACH

                                            By _____/s/_____
                                                  Raymond N. Erlach

22                                          Attorneys for Defendant Albion River Inn, Inc.

23                                          **ORDER**

24      It is so ordered.

25 Dated:_____            _____
                                            United States District Court Judge

STIPULATION AND PROTECTIVE ORDER REGARDING PERSONNEL FILES                    Page 3

**ATTACHMENT A**

**AGREEMENT TO COMPLY WITH STIPULATED PROTECTIVE ORDER**

I declare under penalty of perjury under the laws of the United States of America and the State of California that I have read and agree to comply with and be bound by the terms of the Stipulation and Protective Order Regarding Personnel Files entered into in *EEOC and Abdellatif Hadji v. Albion River Inn, Inc.*, NDCA Civil Action No. C-06-5356 SI. I hereby consent to the jurisdiction of said Court for purposes of enforcing this Order.

Date:_____  _____
Signature

_____
Print Name

_____
Title