# CHAPMAN, POPIK & WHITE LLP

January 7, 2008

The Honorable Susan Illston
United States District Court
For the Northern District of California
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      RE:   *Equal Employment Opportunity Commission, Abdellatif Hadji v. Albion River Inn, Inc.*, 3:06-cv-05356-SI, U.S. District Court, San Francisco

Dear Judge Illston:

    We are writing to request an extension for submitting our pretrial documents. This trial is scheduled for February 4, 2008. Our statement and other filings are due today. Regrettably, the director of the San Francisco office of the EEOC, Joan Ehrlich, passed away suddenly last night. Ms. Ehrlich had been with the EEOC for over thirty years. Ms. Ehrlich was a dear friend to Linda Ordonio-Dixon, lead counsel representing the EEOC in this case. Ms. Dixon as well as others at the EEOC are devastated by Ms. Ehrlich's death. Because of these sad and stressful circumstances, we are requesting a one-day extension for submitting our pretrial filings. The following is our proposed schedule:

| | |
|---|---|
| Joint pretrial conference statement | January 8, 2008 |
| Motions in Limine | January 8, 2008 |
| Jury Instructions | January 8, 2008 |
| Oppositions to limine motions | January 15, 2008 |

All other dates are to remain the same.

    Ms. Dixon spoke to Ray Erlach, counsel for the Albion River Inn, and he is in agreement with the extension and the new filing schedule.

    We thank you for this courtesy.

Sincerely,

Raquel A. Lacayo-Valle
Attorney for Intervenor, Abdellatif Hadji

*IT IS SO ORDERED*
Judge Susan Illston