1  Raymond N. Stella Erlach, SBN 56958
   LAW OFFICES OF
2  RAYMOND N. STELLA ERLACH
   One Maritime Plaza, Fourth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 788-3322
4  Facsimile:  (415) 788-8613
   E-Mail:  rerlach@rayerlach.com
5
   Attorneys for Defendant
6  Albion River Inn, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 _____
                                  )
11 EQUAL EMPLOYMENT               )    Case No. C 06 5356 SI
   OPPORTUNITY COMMISSION,        )
12                                )
              Plaintiff,          )    [PROPOSED]
13                                )    ORDER NO. 1
       v.                         )    ALLOWING DEFENSE
14                                )    COURTROOM EQUIPMENT
   ALBION RIVER INN, INC.,        )
15                                )
              Defendant.          )
16 _____)
                                  )
17 AND RELATED CLAIMS OF          )    JUDGE SUSAN ILLSTON
   INTERVENOR ABDELLATIF HADJI    )    Trial:  February 4, 2008
18                                )
19 _____)

20         It is hereby ORDERED that Counsel for Defendant Albion River Inn, Inc., shall be

21 allowed to use two (2) laptops, one (1) easel, one (1) 50-page (blank) flipchart, four (4)

22 photographic blowups, one (1) Elmo, one (1) projector, and one (1) projector screen in the United

23 States District Court, Northern District of California for the trial in the cause.

24         The Trial Courtroom Technology Set-Up Appointment will be scheduled for
   1/31/08
25 _____, 2008, at ___10:00___ a.m.

26

27 Dated: _____, 2008     _____
                                         By the Honorable Judge Susan Illston
28 jp80\w\equipmdent1.ord