1  Raymond N. Stella Erlach, SBN 56958
   LAW OFFICES OF
2  RAYMOND N. STELLA ERLACH
   One Maritime Plaza, Fourth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 788-3322
4  Facsimile:  (415) 788-8613
   E-Mail:  rerlach@rayerlach.com
5
   Attorneys for Defendant
6  Albion River Inn, Inc.

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10 _____
                                   )
11 EQUAL EMPLOYMENT               )   Case No. C 06 5356 SI
   OPPORTUNITY COMMISSION,        )
12                                )
            Plaintiff,            )   [PROPOSED]
13                                )   ORDER NO. 2
       v.                         )   ALLOWING DEFENSE'S
14                                )   VIDEO PLAYBACK CONTRACTOR
   ALBION RIVER INN, INC.,        )   COURTROOM EQUIPMENT
15                                )
            Defendant.            )
16 _____)
                                   )
17 AND RELATED CLAIMS OF          )
   INTERVENOR ABDELLATIF HADJI    )   JUDGE SUSAN ILLSTON
18                                )   Trial:  February 4, 2008
                                   )
19 _____)

20         It is hereby ORDERED that Defendant Albion River Inn, Inc.'s video playback

21 contractor, Behmke Reporting and Video Services, shall be allowed to use the following equipment:

22 a television monitor with a DVD player on an AV cart and a laptop computer.

23         The Trial Courtroom Technology Set-Up Appointment will be scheduled for

24 __1/31/08_____, 2008, at __11:00_____ a.m.

25

26 Dated: _____, 2008    _____
                                        By the Honorable Judge Susan Illston
27 jp80\w\equipmdent2.ord

28

                                              Case No. C 06 5356 SI
                                    ORDER NO. 2 ALLOWING DEFENSE
                                       COURTROOM EQUIPMENT
                          1