1  WILLIAM R. TAMAYO, SBN 084965
2  DAVID F. OFFEN-BROWN, SBN 063321
   LINDA S. ORDONIO-DIXON, SBN 172830
3  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1260
5  Telephone No. (415) 625-5654
   Fax No. (415) 625-5657

6  Attorneys for Plaintiff

7  DAVID NIED, SBN 136413
8  RAQUEL LACAYO-VALLE, SBN 215612
   CHAPMAN, POPIK & WHITE LLP
9  650 California Street, 19th Floor
   San Francisco, CA 94108
10 Telephone: (415) 352-3000
   Facsimile: (415) 352-3030

11 Attorneys for Intervenor Abdellatif Hadji

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ABDELLATIFF HADJI,<br><br>Plaintiff-Intervener,<br><br>v.<br><br>ALBION RIVER INN,<br><br>Defendants. | Case No.  C 06-05356 SI<br><br>[PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT INTO THE COURTROOM |
|---|---|

Plaintiff Equal Employment Opportunity Commission (EEOC) and Plaintiff Intervenor Abdellatiff Hadji, requests the Court to grant and issue the proposed order allowing counsel to bring electronic equipment into the courtroom for use during trial.

///

///

[Proposed] ORDER
C 06-05356 SI

**EQUIPMENT REQUESTED:** Four (4) Laptops and (1) Elmo/Projector.

Dated: January 29, 2008        By: /s/
                                                      Linda Ordonio-Dixon

                                        By: /s/
                                                      David Nied

**IT IS SO ORDERED:**

**DATE:** _____        _____
                                                      JUDGE SUSAN ILLSTON
                                                      United States District Court

[Proposed] ORDER
C 06-05356 SI