IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | No. C 06-05356 SI |
| Plaintiff, | **ORDER ASSESSING JURY FEES** |
| ABDELLATIFF HADJI, | |
| Plaintiff-Intervener, | |
| v. | |
| ALBION RIVER INN, INC., | |
| Defendant. | |

Because the parties settled this action late in the morning of February 4, 2008, the first day of trial, a full panel of potential jurors appeared for trial pursuant to summonses. Therefore, pursuant to Local Rule 40-1, IT IS HEREBY ORDERED that the jury attendance fees in the amount of $1500.00 (30 potential jurors, paid $50.00 each) are assessed against the parties. Any party wishing to contest this assessment may do so by filing a declaration no later than noon, February 20, 2008, showing cause why the fees should not be assessed. Otherwise, by that time plaintiffs (EEOC and Hadji) shall pay $750.00 and defendant Albion River Inn, Inc. shall pay $750.00, by check payable to the Clerk of the Court, United States District Court.

**IT IS SO ORDERED.**

Dated: February 11, 2008

SUSAN ILLSTON
United States District Judge