IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

ABDELLATIFF HADJI,

    Plaintiff-Intervener,

v.

ALBION RIVER INN, INC.,

    Defendant.

No. C 06-05356 SI

**ORDER ASSESSING JURY FEES**

Because the parties settled this action late in the morning of February 4, 2008, the first day of trial, a full panel of potential jurors appeared for trial pursuant to summonses. Therefore, pursuant to Local Rule 40-1, IT IS HEREBY ORDERED that the jury attendance fees in the amount of $1500.00 (30 potential jurors, paid $50.00 each) are assessed against the parties. Any party wishing to contest this assessment may do so by filing a declaration no later than noon, February 20, 2008, showing cause why the fees should not be assessed. Otherwise, by that time plaintiffs (EEOC and Hadji) shall pay $750.00 and defendant Albion River Inn, Inc. shall pay $750.00, by check payable to the Clerk of the Court, United States District Court.

**IT IS SO ORDERED.**

Dated: February 11, 2008

SUSAN ILLSTON
United States District Judge

2