CHAPMAN, POPIK & WHITE LLP
David Nied (SBN 136413)
Raquel Lacayo-Valle (SBN 215612)
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030
E-mail: dnied@chapop.com
         rlv@chapop.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Robert Rubin (SBN 85084)
131 Steuart Street, 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: rrubin@lccr.com

Attorneys for Intervenor Abdellatif Hadji

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>Plaintiff, <br><br>and <br><br>ABDELLATIF HADJI, <br><br>Intervenor, <br><br>v. <br><br>ALBION RIVER INN, INC., <br><br>Defendant. | No. C 06-05356 SI <br><br>**JOINT STIPULATION OF DISMISSAL OF COMPLAINT-IN-INTERVENTION** |

Intervenor Abdellatif Hadji, Plaintiff Equal Employment Opportunity Commission and Defendant Albion River Inn, Inc. hereby stipulate to the dismissal of Intervenor's Complaint-in-Intervention with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and section III (e) of the Consent Decree entered by this Court on February 27, 2008.

1

JOINT STIPULATION OF DISMISSAL OF COMPLAINT-IN-INTERVENTION   Case No. C 06-05356 SI

| | |
|---|---|
| 1 | The Court will retain jurisdiction of this matter for purposes of enforcing the settlement, |
| 2 | pursuant to *Kokkonen vs. Guardian Life Insurance Co.*, 511 U.S. 375, 114 S. Ct. 1673 (1994). |
| 3 | WHEREFORE the parties stipulate that the Intervenor's Complaint-in-Intervention is |
| 4 | hereby dismissed with prejudice. |

CHAPMAN, POPIK & WHITE LLP

Dated: July 3, 2008        By:_____/s/_____
                                        David Nied
                            Attorneys for Intervenor Abdellatif Hadji

LAW OFFICE OF
RAYMOND N. STELLA ERLACH

Dated: July 2, 2008        By:_____/s/_____
                                   Raymond N. Stella Erlach
                            Attorneys for Defendant Albion River Inn, Inc.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: July 3, 2008        By:_____/s/_____
                                   Linda Ordonio-Dixon
                            Attorneys for Plaintiff EEOC

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]

JOINT STIPULATION OF DISMISSAL OF COMPLAINT -IN-INTERVENTION        Case No. C 06-05356 SI